Richard L. Stubbs, ISB No. 3239
Aubrey D. Lyon, ISB No. 8380
CAREY PERKINS LLP
Capitol Park Plaza
300 North 6th Street, Suite 200
P. O. Box 519
Boise, Idaho  83701
Telephone:  (208) 345-8600
Facsimile:  (208) 345-8660

Attorneys for Defendants National Fire
    Insurance Company of Hartford
    and Continental Casualty

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MISKIN SCRAPER WORKS, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>CNA FINANCIAL CORPORATION and/or CNA SOLUTION, INC. dba CNA and CONTINENTAL CASUALTY COMPANY, and NATIONAL FIRE INSURANCE COMPANY OF HARTFORD,<br><br>    Defendants. | Case No. 4:16-cv-52<br><br>DEFENDANTS NATIONAL FIRE INSURANCE COMPANY OF HARTFORD AND CONTINENTAL CASUALTY COMPANY'S MOTION TO DISMISS |

       COMES NOW DefendantS National Fire Insurance Company of Hartford and Continental Casualty Company, by and through their counsel of record, Carey Perkins LLP, and specially appear to move this Court, pursuant to Fed. R. Civ. P. 12(b)(5) and 12(b)(6), for its order dismissing National Fire and Continental Casualty from this matter.

This motion is supported by the pleadings and papers on file in this matter and the Memorandum in Support filed contemporaneously herewith.

Oral argument is hereby requested.

DATED this  24th  day of June, 2016.

                         CAREY PERKINS LLP


                         By       /s/ Richard L. Stubbs
                         Richard L. Stubbs, Of the Firm
                         Attorneys for Defendants National Fire Insurance Company of Hartford and Continental Casualty


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  24th  day of June, 2016, I served a true and correct copy of the foregoing DEFENDANT NATIONAL FIRE INSURANCE COMPANY OF HARTFORD AND CONTINENTAL CASUALTY'S MOTION TO DISMISS by delivering the same to each of the following, by the method indicated below, addressed as follows:

| | |
|---|---|
| T. Jason Wood, Esq.<br>Richard A. Hearn, Esq.<br>HEARN & WOOD, LLP<br>1906 Jennie Lee Dr.<br>Idaho Falls, ID 83404<br>Telephone: (208) 497-0400<br>*Attorneys for Plaintiff* | [ ]  U.S. Mail, postage prepaid<br>[ ]  Hand-Delivered<br>[ ]  Overnight Mail<br>[ ]  Facsimile: (208) 932-4380<br>[X]  CM/ECF |

                         /s Richard L. Stubbs
                         Richard L. Stubbs