David P. Gardner, ISB No. 5350
MOFFATT, THOMAS, BARRETT, ROCK &
    FIELDS, CHARTERED
412 West Center
Post Office Box 817
Pocatello, Idaho 83204
Telephone (208) 233-2001
Facsimile (208) 232-0150
dpg@moffatt.com
26607.0000

*Attorneys for Defendants CNA Financial Corporation and CNA Solution, Inc.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MISKIN SCRAPER WORKS, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>CNA FINANCIAL CORPORATION and/or CNA SOLUTION, INC., dba CNA and CONTINENTAL CASUALTY COMPANY, and NATIONAL FIRE INSURANCE COMPANY OF HARTFORD,<br><br>    Defendants. | Case No. 4:16-cv-52<br><br>**DEFENDANTS CNA FINANCIAL CORPORATION'S AND CNA SOLUTION, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(b)(2)** |

COME NOW Defendants CNA Financial Corporation ("CNA Financial") and CNA Solution, Inc. ("CNA Solution"), by and through their counsel of record, respectfully moves this Court, pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, to dismiss Plaintiff's Complaint against them for lack of personal jurisdiction. This Motion is supported by the Memorandum of Law and affidavits attached thereto filed concurrently with this Motion.

**DEFENDANTS CNA FINANCIAL CORPORATION'S AND CNA SOLUTION, INC.'S
MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(b)(2) - 1** Client:4197813.1

DATED this __11__ day of July, 2016.

MOFFATT, THOMAS, BARRETT, ROCK &
FIELDS, CHARTERED

By _/s/ David P. Gardner_
David P. Gardner – Of the Firm
Attorneys for Defendant CNA Financial
Corporation and/or CNA Solution, Inc., dba
CNA

**DEFENDANTS CNA FINANCIAL CORPORATION'S AND CNA SOLUTION, INC.'S
MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(b)(2) - 2** Client:4197813.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __11__ day of July, 2016, I filed the foregoing **DEFENDANTS CNA FINANCIAL CORPORATION'S AND CNA SOLUTION, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(b)(2)** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| T. Jason Wood<br>jason@hwlawpro.com | Richard Hearn<br>rick@hwlawpro.com |
| Richard Stubbs<br>rlstubbs@careyperkins.com | Aubrey Lyon<br>adlyon@careyperkins.com |

_/s/ David P. Gardner_
David P. Gardner