T. Jason Wood, Esq., ISB #5016
Richard A. Hearn, Esq., ISB #5574
HEARN & WOOD, LLP
1906 Jennie Lee Dr.
Idaho Falls, ID  83404
Telephone: (208) 497-0400
Fax: (208) 932-4380
Email: jason@hwlawpro.com
Email: rick@hwlawpro.com

   Attorneys for Plaintiff

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MISKIN SCRAPER WORKS, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>CNA FINANCIAL CORPORATION and/or CNA SOLUTION, INC., dba CNA and CONTINENTAL CASUALTY COMPANY, and NATIONAL FIRE INSURANCE COMPANY OF HARTFORD,<br><br>   Defendants. | Case No. 4:16-cv-52<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE<br>(RULE 41(a)(1)) |

   Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Miskin Scraper Works, Inc., by and through counsel of record, hereby voluntarily dismisses the within action in its entirety; said dismissal being without prejudice.

   DATED this 15th day of July, 2016.

                        HEARN & WOOD, LLP

                        By:  /s/_____
                             T. Jason Wood, Esq.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on July 15, 2016, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

      Aubrey Dean Lyon:    adlyon@careyperkins.com
      David Paul Gardner:  dpg@moffatt.com

                          HEARN & WOOD, LLP

                   By:   /s/
                            T. Jason Wood, Esq.

J:\DATA\tjw\4136 MISKIN\PLEADINGS\011 Ntc Dism.wpd